# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOE FOSTER, Sr., | Case No. 2:20-cv-2162-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ELLIOT, et al., | |
| Defendants. | |

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge.  *See* 28 U.S.C. § 636(c).

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS ORDERED that any hearing dates currently set before the undersigned are vacated.

Dated:  January 19, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

/////
/////

1

1   I am the magistrate judge currently assigned to this case. I accept reference of this case
2   for all further proceedings, including trial and entry of final judgment, by myself or such other
3   magistrate judge as may be assigned.
4   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the
5   undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as
6   Case No. 2:20-cv-2162-JDP.

Dated: January 19, 2021

/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE